No. 606. THE GENERAL FIREPROOFING COMPANY, PETITIONER, *v.* THE EXPANDED METAL COMPANY. November 16,

1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. George H. Christy, Mr. Thomas W. Bakewell* and *Mr. James K. Bakewell* for petitioner. *Mr. Ernest Howard Hunter* for respondent.